**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA ex rel.
PETER L. STADLER, and PETER L.
STADLER, individually,

      Plaintiffs,

v.                                                   Case No. 03-CV-70291

PROJECT TORCH, INC., SPECIAL CARE
HOME, INC., DOE CORPORATION I,
DOE CORPORATION II, DOE
CORPORATION III, JAMES ARMSTRONG SR.,

      Defendants.
_____/

**ORDER DISMISSING DEFENDANTS SPECIAL CARE HOME, INC.
AND DOE CORPORATIONS I, II, and III**

Plaintiff Peter L. Stadler has requested the entry of an order dismissing Defendants Special Care Home, Inc. and Doe Corporations I, II and III from this case. Because these Defendants have not been served and the Government consents to Plaintiff's Motion and the entry of this order,

IT IS ORDERED that Defendants Special Care Home, Inc. and Doe Corporations I, II, and III only are hereby DISMISSED WITHOUT PREJUDICE.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: December 13, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 13, 2007, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522