IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
ex rel. PETER L. STADLER, and
PETER L. STADLER, individually,     CIVIL ACTION NO. 03-70291

    Plaintiffs,     HONORABLE ROBERT H. CLELAND

vs.

PROJECT TORCH, INC. a Michigan corporation,
now known as POSITIVE LIVING, INC., and
JAMES ARMSTRONG, SR, an individual,
jointly and severally,

    Defendants.
_____/

| | |
|---|---|
| Carolyn Bell Harbin, AUSA (P27350) | Lawrence T. Garcia (P54890) |
| Attorney for Plaintiffs | Attorney for Defendants |
| 211 W. Fort Street, Suite 2001 | 400 Monroe, Suite 220 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9114 | (313) 962-7777 |
| carolyn.bell-harbin@usdoj.gov | lgarcia@allenbrotherspllc.com |

## **DEFAULT JUDGMENT**

The Clerk's entry of default having been entered against Defendant Positive Living, Inc., formerly known as Project Torch, Inc., and declarations of amount due and non-military service having been filed; the United States having filed a motion for entry of default judgment; and defendant having had notice and an opportunity to be heard,

NO W THEREFORE, upon the motion of Plaintiff United States of America, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Default Judgment is hereby entered in favor of the United States of America, and against defendant Positive Living, Inc., formerly known as Project Torch, Inc., in the sum of One Million One Hundred Twenty-One

Thousand, One Hundred Ninety Dollars ($1,121,190).

In addition, the United States shall recover post-judgment interest on the unpaid balance at the legal rate until paid.

/s/ Robert H. Cleland
HONORABLE ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: 20 Dec 07