IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
ex rel. PETER L. STADLER, and
PETER L. STADLER, individually,

CIVIL ACTION NO. 03-70291

    Plaintiffs,

HONORABLE ROBERT H. CLELAND

vs.

PROJECT TORCH, INC., a Michigan
corporation, now known as POSITIVE
LIVING, INC., and JAMES
ARMSTRONG SR., an individual,
jointly and severally,

    Defendants.
_____/

## JUDGMENT and ORDER

WHEREAS, the parties have negotiated a settlement in the above-captioned action; and

WHEREAS as part of that negotiated settlement, James Armstrong, Sr. ("Armstrong") pursuant to the False Claims Act, 31 U.S.C. § 3729, et seq., Fed. R. Civ. P. 41, Fed. R. Civ. P. 54, through counsel, has consented to entry of judgment against him in this proceeding and in favor of the plaintiff, the United States, in the amount of $100,000; and

WHEREAS Defendant Armstrong, Relator Peter Stadler, and the United States have agreed that each bear his or its own costs, fees, and expenses;

WHEREFORE, the Court finding no just reason for delay, hereby it ORDERS, ADJUDGES AND DECREES that a final judgment in this matter be entered in the amount of $100,000 against defendant Armstrong and in favor of the United States, and that

Defendant Armstrong, Relator Peter Stadler and the United States shall each bear his or

its own costs, fees, and expenses.

## IT IS SO ORDERED

        S/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated: May 30, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 30, 2008, by electronic and/or ordinary mail.

        S/Lisa Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522